JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANTE BURDETT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HIGH DESERT DOMESTIC VIOLENCE PROGRAM, A CALIFORNIA CORPORATION; DARRYL EVEY, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-00199-DTB<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: August 17, 2011      By: _____
                                 UNITED STATES MAGISTRATE JUDGE

-1-